No. 98–54. DODD ET UX. *v.* HOOD RIVER COUNTY ET AL. C. A. 9th Cir. Motion of Hans Hoeck for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▆▆▆▆▆▆

No. 98–62. ETHICON, INC., ET AL. *v.* UNITED STATES SURGICAL CORP. ET AL. C. A. Fed. Cir. Motion of American Home Products Corp. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▆▆▆▆▆▆

No. 98–69. SAL TINNERELLO & SONS, INC. *v.* TOWN OF STONINGTON ET AL. C. A. 2d Cir. Motion of BFI Waste Systems of North America for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▆▆▆▆▆▆

No. 98–86. SHOEN *v.* SHOEN ET AL. Ct. App. Ariz. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition. ▆▆▆▆▆▆

No. 98–5055. MILLER ET AL. *v.* LORAIN COUNTY BOARD OF ELECTIONS ET AL. C. A. 6th Cir. Motion of Coalition for Free and Open Elections et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▆▆▆▆▆▆

No. 97–1567. AMERICAN MEDICAL ASSN. *v.* PRACTICE MANAGEMENT INFORMATION CORP., 524 U. S. 952;

No. 97–1872. ARSHAL *v.* DALTON, SECRETARY OF THE NAVY, 524 U. S. 954;

No. 97–7420. GAVIN ET AL. *v.* BRANSTAD ET AL., 524 U. S. 955;

No. 97–7635. KOSYLA *v.* ILLINOIS, 523 U. S. 1010;

No. 97–8265. CUNNINGHAM *v.* WOODS, WARDEN, ET AL., 523 U. S. 1125;

No. 97–8409. WILSON *v.* STEWART, SUPERINTENDENT, MCNEIL ISLAND CORRECTIONS CENTER, 523 U. S. 1140;

No. 97–8420. QUARTERMAN *v.* QUARTERMAN, 523 U. S. 1141;

No. 97–8430. MCCORD *v.* UNITED STATES, 523 U. S. 1100;

No. 97–8705. HALPIN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 523 U. S. 1131;

No. 97–8738. HILLIARD *v.* KAISER ET AL., 524 U. S. 941;

No. 97–8793. ALJAMI *v.* KENTUCKY, 524 U. S. 909;

No. 97–8855. WASHINGTON v. SERVICE EMPLOYEES' INTERNATIONAL UNION, LOCAL 50, ET AL., 524 U. S. 957;

No. 97–8861. IN RE BAEZ, 524 U. S. 950;

No. 97–8873. HUNTER v. SOUTH CAROLINA ET AL., 524 U. S. 943;

No. 97–8875. MOSSERI v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (two judgments), 524 U. S. 931;

No. 97–8890. HARRIS v. HIGGINS, WARDEN, 524 U. S. 931; '

No. 97–9002. CRAFTON v. CRAFTON, 524 U. S. 958;

No. 97–9006. CAMPBELL v. UNITED STATES POSTAL SERVICE, 524 U. S. 931; and

No. 97–9089. STEELE v. UNITED STATES, 524 U. S. 944. Petitions for rehearing denied.

No. 97–1615. PROPST, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHAMBERS, DECEASED v. KINGRY ET AL., 523 U. S. 1138. Motion for leave to file petition for rehearing denied.

OCTOBER 7, 1998

No. A–281. NOBLES v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

OCTOBER 9, 1998

No. 97–8998. ANSON v. TEXAS. Ct. Crim. App. Tex. Certiorari dismissed under this Court's Rule 46.

No. 98–564. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. v. GLAVIN ET AL. Appeal from D. C. E. D. Va. Joint motion to expedite consideration of jurisdictional statement and to set an expedited briefing schedule granted. Probable jurisdiction noted. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday,